IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr209

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| KASIN ALEX (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon amended motion of the defendant for a continuance of the sentencing hearing in this matter from February 2, 2009 in the Charlotte Division. (Doc. No. 85).

The Court finds that the defendant has not stated sufficient cause for a continuance in this matter.

**IT IS, THEREFORE, ORDERED** that the defendant's amended motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 30, 2009

Robert J. Conrad, Jr.
Chief United States District Judge