IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00209-RJC

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KASIN ALEX | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to amend or correct the judgment. (Doc. No. 99).

At sentencing, counsel mistakenly advised the Court that he was appointed to represent the defendant. (Id. at 2). The Court ordered the defendant to pay $500 toward the cost of court-appointed counsel. (Doc. No. 97: Judgment at 4). The Court finds that amendment or correction of the judgment is not warranted because the defendant was represented by appointed counsel prior to retained counsel made his appearance.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: October 7, 2013

Robert J. Conrad, Jr.
United States District Judge